Of Counsel
HIATT & HIATT

JERRY M. HIATT                2116-0
jh@hiattlaw.com
MAHILANI E.K. HIATT           6010-0
meh@hiattlaw.com
46-3976 Puʻaono Road
Honokaʻa, Hawaiʻi  96727
Telephone:  808 885-3400
Facsimile:  877 775-1373

Attorneys for Defendant
Hawaiian Electric Company, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRIS U. RAPOZO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HAWAIIAN ELECTRIC COMPANY, INC., JOHN DOES 1-10, DOE ENTITIES 1-10;<br><br>　　　　Defendants. | CV11-00633 JMS KSC<br><br>FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART [5] DEFENDANT HAWAIIAN ELECTRIC COMPANY, INC.'S MOTION TO STRIKE CHRIS U. RAPOZO'S COMPLAINT DATED OCTOBER 20, 2011<br><br>Hearing<br>Date:　　March 5, 2012<br>Time:　　9:15 a.m.<br>Judge:　　Kevin S.C. Chang<br><br>Trial Date:  February 5, 2013 |

# FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART [5] DEFENDANT HAWAIIAN ELECTRIC COMPANY, INC.'S MOTION TO STRIKE CHRIS U. RAPOZO'S COMPLAINT DATED OCTOBER 20, 2011

Defendant Hawaiian Electric Co., Inc.'s ("Defendant") Motion To Strike Chris U. Rapozo's Complaint Dated October 20, 2011 ("Motion") came on for hearing on March 5, 2012 at 9:15 a.m. before the Honorable Kevin S.C. Chang. Mahilani E.K. Hiatt, Esq., appeared on behalf of Defendant, and Venetia Carpenter-Asui, Esq., appeared on behalf of Plaintiff Chris U. Rapozo ("Plaintiff"). The Court, having carefully considered the parties' memoranda, the declarations and exhibits attached thereto, the files and records herein, and the arguments of the parties, finds that:

1. Hawaii Revised Statutes § 383-95 prohibits the disclosure of information related to unemployment insurance benefits. The allegations in Paragraph 34 of Plaintiff's Complaint dated October 20, 2011 ("Complaint") contain such allegations. Thus, Paragraph 34 of the Complaint should be stricken;

2. Plaintiff's First Supplement to Memorandum In Opposition to the Motion, filed February 14, 2012, also discloses information prohibited by Hawaii Revised Statutes § 383-95 and should likewise be stricken from the record.

3. Plaintiff shall have until March 12, 2012 to file an Amended Complaint which shall not add any new claims or allegations but simply omit Paragraph 34 of the Complaint; and

4. The balance of the Complaint shall remain as set out.

5. The Complaint and Document No. 17 shall be sealed.

Accordingly, it is found and recommended that the Motion be GRANTED IN PART AND DENIED IN PART.

DATED: Honolulu, Hawaii, March 16, 2012.



Kevin S.C. Chang
United States Magistrate Judge

---

*Chris U. Rapozo v. Hawaiian Electric Co., Inc.,* CV11-00633 JMS KSC, Findings and Recommendation to Grant In Part And Deny In Part Defendant Hawaiian Electric Company, Inc.'s Motion To Strike Chris U. Rapozo's Complaint Dated October 20, 2011