IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| CHRIS U. RAPOZO, | ) | CIVIL NO. 11-00633 JMS/KSC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| HAWAIIAN ELECTRIC COMPANY, ET AL., | ) | |
| Defendants. | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 16, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To Grant In Part And Deny In Part [5] Defendant Hawaiian Electric Company, Inc.'s Motion To Strike Chris U. Rapozo's Complaint Dated October 20, 2011, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 6, 2012.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge